AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 641 - Theft of Government Property (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

E-filing

PENALTY: Maximum prison term of one year
Maximum fine of $100,000
Maximum supervised release term of one year
Mandatory $25 special assessment fee

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
08 MAY 14 PM 7:30
[court stamp]

---- DEFENDANT - U.S ----

▶ SALLY KALAVERAS, a/k/a Sally Jackman

DISTRICT COURT NUMBER    MAG

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)

Office of Personnel Management, Office of the Insp. Gen.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    WENDY M. THOMAS

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:    Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION                          MAG

11

12  UNITED STATES OF AMERICA,           )   No.
                                        )
13                                      )   VIOLATION: Title 18, United States Code,
           Plaintiff,                   )   Section 641 - Theft of Government Property
14                                      )   (Class A Misdemeanor)
       v.                               )
15                                      )
    SALLY KALAVERAS,                    )
16     a/k/a SALLY JACKMAN,             )
                                        )   SAN FRANCISCO VENUE
17         Defendant.                   )
                                        )
18  _____

19                              I N F O R M A T I O N

20      On or about and between May 1, 2003, and July 1, 2003, in the Northern District of

21  California, the defendant,

22                              SALLY KALAVERAS,
                                a/k/a SALLY JACKMAN,
23

24  did knowingly embezzle, steal, purloin, and convert to her use money and a thing of value of the

25  United States and a department and agency thereof, to wit: a Civil Service Retirement Service

26  annuity, and did receive, conceal, and retain such money and thing of value with the intent

27  //

28  //

    INFORMATION

1 | to convert it to her gain, knowing it to have been embezzled, stolen, purloined, and converted, in
2 | violation of Title 18, United States Code, Section 641, a Class A Misdemeanor.
3 | DATED: 5/8/08
4 | JOSEPH P. RUSSONIELLO
  | United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: )
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION