JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0323 MAG |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER EXCLUDING TIME |
| v. ) | |
| ) | |
| SALLY KALAVERAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   On May 30, 2008, the parties in this case appeared before the Court for an initial appearance on a misdemeanor and arraignment. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from May 30, 2008 to August 6, 2008, for the defendant to be evaluated by Pretrial Services for her eligibility for pretrial diversion. Since then, Ms. Kalaveras has been accepted by Pretrial Services and has been placed on pretrial diversion. Accordingly, the parties request that the August 6, 2008, appearance be vacated and the case be continued for approximately six months for the defendant to complete her pretrial diversion. Accordingly, the parties agree that the prosecution will be deferred from August 6,

Stipulation and Order                          1

2008, to January 14, 2009, or as soon thereafter as the matter may be heard, for Ms. Kalaveras to complete the pretrial diversion program, and that time should be excluded under the Speedy Trial Act from August 6, 2008, to January 14, 2009, for deferral of prosecution. *See* 18 U.S.C. § 3161(h)(2). The parties agree that pretrial diversion is an appropriate disposition of this case and that - taking into account the public interest in prompt disposition of criminal cases - good cause exists for this extension. 18 U.S.C. § 3161(h)(2).

IT IS SO STIPULATED:

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED:__8/04/08_____         _____/s/_____
                                      WENDY THOMAS
                                      Special Assistant United States Attorney

DATED:__8/04/08_____         _____/s/_____
                                      TED CASSMAN
                                      Attorney for Ms. Kalavers

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from August 6, 2008, to January 14, 2009, for deferral of prosecution by the United States for the purpose of allowing the defendant to complete a pretrial diversion program.


DATED:_____         _____
                                      BERNARD ZIMMERMAN
                                      United States Magistrate Judge