1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California 94102
       Telephone: (415) 436-6809
7      Facsimile: (415) 436-7234
       E-Mail: wendy.thomas@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,         )   CR No. 08-0323 MAG
14                                   )
                                     )
15              Plaintiff,           )   STIPULATION AND
                                     )   ORDER EXCLUDING TIME
16        v.                         )
                                     )
17 SALLY KALAVERAS,                  )
                                     )
18              Defendant.           )
                                     )
19 _____ )

20

21       On May 30, 2008, the parties in this case appeared before the Court for an initial appearance
22 on a misdemeanor and arraignment. At that time, the parties stipulated that time should be
23 excluded from the Speedy Trial Act calculations from May 30, 2008 to August 6, 2008, for the
24 defendant to be evaluated by Pretrial Services for her eligibility for pretrial diversion. Since then,
25 Ms. Kalaveras has been accepted by Pretrial Services and has been placed on pretrial diversion.
26 Accordingly, the parties request that the August 6, 2008, appearance be vacated and the case be
27 continued for approximately six months for the defendant to complete her pretrial diversion.
28 Accordingly, the parties agree that the prosecution will be deferred from August 6,

Stipulation and Order                          1

1  2008, to January 14, 2009, or as soon thereafter as the matter may be heard, for Ms. Kalaveras to
2  complete the pretrial diversion program, and that time should be excluded under the Speedy Trial
3  Act from August 6, 2008, to January 14, 2009, for deferral of prosecution. *See* 18 U.S.C. §
4  3161(h)(2). The parties agree that pretrial diversion is an appropriate disposition of this case and
5  that - taking into account the public interest in prompt disposition of criminal cases - good cause
6  exists for this extension. 18 U.S.C. § 3161(h)(2).

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 8/04/08                    /s/
                                  WENDY THOMAS
                                  Special Assistant United States Attorney

DATED: 8/04/08                    /s/
                                  TED CASSMAN
                                  Attorney for Ms. Kalavers

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from August 6, 2008, to January 14, 2009, for deferral of prosecution by the United States for the purpose of allowing the defendant to complete a pretrial diversion program.

DATED: 4 Aug 08                   [signature]
                                  BERNARD ZIMMERMAN
                                  United States Magistrate Judge