JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYSBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:  (415) 436-6809
    Fax:  (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0323 MAG |
|     Plaintiff, | |
|     v. | **MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION** |
| SALLY KALAVERAS, a/k/a Sally Jackman, | |
|     Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

United States Attorney for the Northern District of California moves to dismiss the above

//
//
//
//
//
//
//
//

DISMISSAL OF INFORMATION
CR 08-0323 MAG

Information with prejudice.  The defendant has successfully completed her pretrial diversion program.

                                                    Respectfully submitted,

                                                    JOSEPH P. RUSSONIELLO
                                                    United States Attorney

DATED:  __4/7/09_____                _____/s/_____
                                                    WENDY THOMAS
                                                      Special Assistant United States Attorney

    The Court hereby grants leave to dismiss the above Information with prejudice.

DATED: __April 8, 2009_____                _____/s/_____
                                                    BERNARD ZIMMERMAN
                                                    United States Magistrate Judge

DISMISSAL OF INFORMATION
CR 08-0323 MAG