☐ ORIGINAL

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYSBN 4315420)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6809
7  Fax: (415) 436-7234
   Email: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**

APR 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                   SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,           ) No. CR 08-0323 MAG
                                         )
14 |      Plaintiff,                     )
                                         ) **MOTION AND [PROPOSED] ORDER
15 |   v.                                ) TO DISMISS INFORMATION**
                                         )
16 | SALLY KALAVERAS,                    )
     a/k/a Sally Jackman,                )
17                                       )
          Defendant.                     )
18

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 United States Attorney for the Northern District of California moves to dismiss the above

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

DISMISSAL OF INFORMATION
CR 08-0323 MAG

1 | Information with prejudice. The defendant has successfully completed her pretrial diversion
2 | program.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: __4/7/09__                                   __/s/__
                                            WENDY THOMAS
                                            Special Assistant United States Attorney

The Court hereby grants leave to dismiss the above Information with prejudice.

DATED: 8 Apr 08                             BERNARD ZIMMERMAN
                                            United States Magistrate Judge

DISMISSAL OF INFORMATION
CR 08-0323 MAG